UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KELLY DEAN BRENDE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RELIANCE STANDARD LIFE ) <br> INSURANCE COMPANY. ) <br> ) <br> Defendant. | Case No. 2:15-cv-09711-JAR-TJJ |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Plaintiff Kelly Dean Brende, by and through counsel, and for the reasons set forth in the accompanying Memorandum, hereby move this Court pursuant to Fed. R. Civ. P. 56 for an Order:

1. Granting Plaintiff's Motion for Summary Judgment

2. Entering Judgment in Plaintiff's favor against Reliance Standard Life Insurance Company

3. Requiring Reliance Standard Life Insurance Company to pay all disability income benefits in an amount equal to the contractual amount of benefits to which Brende was entitled.

4. Awarding Plaintiff's attorney's fees pursuant to 29 U.S.C. § 1132(g), prejudgment interest on all unpaid benefits that have accrued prior to the date of judgment, and costs of this suit.

1

Respectfully submitted,

Date: September 9, 2016                                     **s/ Kyle H. Sciolaro**

Kyle H. Sciolaro<br>
Bar Number 24991<br>
Attorney for Plaintiff<br>
Burnett & Driskill, Attorneys<br>
19 N. Water Street<br>
Liberty, MO 64068<br>
Telephone: (816) 781-4836<br>
Fax: (816) 792-3634<br>
E-mail: ksciolaro@ss-disability.com<br>
<br>
<b>s/ Roger M. Driskill</b><br>
Roger M. Driskill<br>
Bar Number 70782<br>
Attorney for Plaintiff<br>
Burnett & Driskill, Attorneys<br>
19 N. Water Street<br>
Liberty, MO 64068<br>
Telephone: (816) 781-4836<br>
Fax: (816) 792-3634<br>
E-mail: rmdriskill@ss-disability.com